

The petition for rehearing is granted. No further briefing is required. The parties shall be prepared to argue, for no more than 20 minutes per side, the following issue:

Whether the jury, rather than the judge, can decide if the City of Monterey's actions substantially advanced a public purpose. (See part IIIB. of our opinion.)

Arguments shall be held in San Fransisco on August 6, 1997, at 10:00 a.m. The parties shall direct any further questions to the Clerk of the Court.

dered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

**In re Winslow R. LIEVSAY, Debtor.**

**Winslow R. LIEVSAY, Appellant,**

v.

**WESTERN FINANCIAL SAVINGS BANK; Terri E. Hawkins–Andersen, Trustee, Appellee.**

**No. 96–56378.**

United States Court of Appeals, Ninth Circuit.

Submitted June 3, 1997.*

Decided July 1, 1997.

**GOVERNMENT EMPLOYEES INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**Alexander DIZOL, Special Administrator of the Estate of Kevin Tate Dizol, Deceased, Defendant–Appellant.**

**No. 95–17393.**

United States Court of Appeals, Ninth Circuit.

June 26, 1997.

Upon the vote of a majority of nonrecused regular active judges of this court, it is or-

---

* Honorable Lourdes G. Baird, United States District Judge, Central District of California, sitting by designation.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.